1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                          EASTERN DISTRICT OF CALIFORNIA
10

11   GEORGE L. AARON, JR.,                    1:10-cv-00178-GSA (PC)

12                       Plaintiff,           ORDER DIRECTING CLERK'S OFFICE TO
                                              SEND PLAINTIFF REGULAR CIVIL IFP
13         vs.                                APPLICATION AND REQUIRING PLAINTIFF
                                              TO FILE REGULAR CIVIL IFP APPLICATION
14   ABDOU, et al.,                           OR PAY FILING FEE IN FULL WITHIN
                                              THIRTY DAYS
15                       Defendants.
                                        /
16

17         Plaintiff is a former state prisoner proceeding pro se in this civil rights action pursuant to 42

18   U.S.C. § 1983.  Plaintiff filed a prisoner civil rights complaint on February 4, 2010.  Plaintiff did not

19   file a motion to proceed in forma pauperis or pay the civil case filing fee.  In light of the fact that

20   plaintiff is no longer in custody, it is HEREBY ORDERED that:

21         1.    The Clerk's Office shall send plaintiff a regular civil in forma pauperis application;

22         2.    Within **thirty (30) days** from the date of service of this order, plaintiff shall either

23               file a completed regular civil in forma pauperis application or pay the $350.00 filing

24               fee in full; and

25         3.    Failure to obey this order will result in dismissal of this action.

26

27         IT IS SO ORDERED.

28   **Dated:    February 4, 2010**              **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE