# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE L. AARON, JR., | CASE NO. 1:10-cv-00178-GSA PC |
| Plaintiff, | ORDER STRIKING UNSIGNED COMPLAINT, AND ORDERING PLAINTIFF TO FILE SIGNED COMPLAINT WITHIN THIRTY DAYS |
| v. | |
| ABDOU, et al., | (Doc. 1) |
| Defendants. | ORDER DIRECTING CLERK'S OFFICE TO SEND COMPLAINT FORM |

On February 4, 2010, Plaintiff George L. Aaron, Jr. filed this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff failed to sign his complaint. Each document submitted for filing must include the original signature of the filing party or parties. Fed. R. Civ. P. 11(a); Local Rule 131(b).

Plaintiff's unsigned complaint is HEREBY ORDERED STRICKEN from the record, the Clerk's Office SHALL send Plaintiff a complaint form; and Plaintiff SHALL file a signed complaint within **thirty (30) days** from the date of service of this order.

Plaintiff's failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated:   February 4, 2010            /s/ Gary S. Austin
                                     UNITED STATES MAGISTRATE JUDGE

1