# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE L. AARON, JR., | 1:10-cv-00178-AWI-GSA (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| ABDOU, et al., | (Doc. 6) |
| Defendants. | |

Plaintiff is a former state prisoner proceeding with a civil rights action pursuant to 42 U.S.C. § 1983.

On March 10, 2010, plaintiff filed an application to proceed in forma pauperis. Examination of these documents reveals that plaintiff is unable to afford the costs of this action. Accordingly, the motion to proceed in forma pauperis is GRANTED.

IT IS SO ORDERED.

Dated: **March 15, 2010**      /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE